■ In the Matter of JBERISH ASSOCIATES Co., Respondent, v JOSEPH COLBY, as Chairman of the Town Board of the Town of Oyster Bay, et al., Appellants.—Appeal by Joseph Colby, Thomas Hogan, Kenneth Diamond, Thomas Clark, Douglas Hynes, John Venditto and Angelo Delligati, constituting the Town Board of the Town of Oyster Bay, from a judgment of the Supreme Court, Nassau County (Becker, J.), dated June 28, 1988.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Becker at the Supreme Court. Mangano, J. P., Brown, Kooper and Sullivan, JJ., concur.